**FILED**

12/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0372

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0372

STATE OF MONTANA,

>       Plaintiff and Appellee,

v.

BRYCE CALEB HAMERNICK,

>       Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 18, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2021